UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TASI Q. CADIZ, | CASE NO. C19-5244 RSM |
| Plaintiff, | ORDER OF DISMISSAL |
| v. | |
| MULTICARE HEALTH SYSTEM, | |
| Defendant. | |

This matter is before the Court sua sponte on the Court's September 2, 2020 Order to Show Cause. Dkt. #10. Plaintiff was ordered to show cause why he did not file an amended complaint within the time allowed by Judge Leighton (Dkt. #5) and why the Court should excuse the failure to comply. *Id.* Plaintiff was warned that "[f]ailure to timely respond to [the Court's order would] result in the immediate dismissal of this action." *Id.* at 2. Plaintiff has not responded. Accordingly, this matter is DISMISSED without prejudice. The matter is now CLOSED. The Clerk shall send a copy of this order to Plaintiff at his last known mailing address.

Dated this 21st day of September, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL – 1